Jonathan M. Cohen (SBN 168207)
Daniel Bailey (SBN 205888)
William J. Baker (SBN 346038)
**JOSEPH, COHEN & DEL VECCHIO, PC**
100 Smith Ranch Road, Suite 116
San Rafael, CA 94903
Telephone: 415.817.9200
Email: dbailey@jcd.law
            wbaker@jcd.law

Attorneys for Petitioner
PAUL KALOOSTIAN, M.D.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL KALOOSTIAN, M.D, an individual,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>JOSE ZEPADA ALACRAZ and MARIBEL ALCALA DE PEREZ,<br><br>　　　　　　Respondents. | Case No.: 2:25-mc-00096<br><br>DECLARATION OF WILLIAM J. BAKER IN SUPPORT OF PETITIONER PAUL KALOOSTIAN, M.D.'S MOTION TO QUASH THIRD PARTY SUBPOENAS<br><br><br>Date: _____ (TBD)<br>Time: _____ (TBD)<br>Place: _____ (TBD) |

# **DECLARATION OF WILLIAM J. BAKER**

**TO THE CLERK OF THE COURT, THE HONORABLE U.S. DISTRICT COURT JUDGE, AND ALL PARTIES OF RECORD AND THEIR RESPECTIVE ATTORNEYS**

I, William J. Baker, the undersigned on behalf of Petitioner Paul Kaloostian, M.D. ("Petitioner"), declare as follows in accordance with the Central District of California Civ. L.R. 7-3:

1. I am an attorney at law duly licensed to practice before all the courts of the State of California, am a member in good standing of this Court and the Bar of the State of California, and am an associate attorney of Joseph, Cohen & Del Vecchio P.C., attorneys of record for Defendant.

2. I have personal knowledge of the following facts and, if sworn, would testify thereto.

3. Petitioner is a medical doctor and board-certified neurosurgeon residing in Pasadena, CA. Petitioner is not a named party in the case *Alacraz et al. v. Marten Transp., LTD et al.*, which is pending in United States District Court for the Eastern District of California, Case No. 1:23-cv-00615-SKO (the "Eastern District Case"). A true and correct copy of the Notice of Removal, filed April 19, 2023 in the Eastern District Case, is attached hereto as **Exhibit A**.

4. Petitioner has agreed to provide expert witness testimony on behalf of Marten Transport LTD, a named defendant in the Eastern District Case.

5. On August 19, 2025, counsel for Marten Transport LTD provided me with third party subpoenas and accompanying proofs of service for five medical facilities: (1) Huntington Hospital (100 W. California Blvd., Pasadena, CA 91105); (2) Unicare Surgery Center (1741 West Romneya Drive, Suite B, Anaheim, CA 92081); (3) Riverside Community Hospital (4445 Magnolia Ave., Riverside, CA 92501); (4) Kindred Hospital Rancho (10841 White Oaks Ave.,

1  Rancho Cucamonga, CA 91730); and (5) Coast Plaza Hospital (13100 Studebaker
2  Road, Norwalk, CA 90650) (the "Subpoenas"). True and correct copies of the
3  Subpoenas are attached hereto as **Exhibits B–F**.

4      6.    On August 27, 2025, I spoke with Jennifer Bagosy, counsel for
5  Respondents Jose Zepada Alacraz and Maribel Alcala De Perez, on the telephone.
6  During the phone conversation, I offered to stipulate deposition topics that would
7  permit Petitioner to provide testimony regarding information sought by the
8  Subpoenas, such as Petitioner's admission dates to the subpoenaed facilities. In
9  return, I requested the Respondents withdraw the Subpoenas. Ms. Bagosy
10 declined the offer and stated that independent verification of underlying
11 information was necessary. I informed Ms. Bagosy that if they maintained that
12 position, Petitioner intended to move to quash the Subpoenas.

13     7.    Having failed to reach a resolution concerning Defendant's motion
14 to stay, we concluded the call and I prepared the instant motion.

16 I hereby declare under penalty of perjury under the laws of the United States
17 of America that the foregoing is true and correct.

19 DATED: September 19, 2025     /s/ William J. Baker
20                                William J. Baker